CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/9/2019

JULIA C. DUDLEY, CLERK
BY:  s/ A. Little
        DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

KATERA T.[1] O/B/O
J.B., A MINOR CHILD,

                                         *Plaintiff*,

v.

COMMISSIONER OF SOCIAL SECURITY,

                                         *Defendant*.

CASE NO. 6:18-cv-00025

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on the Commissioner of Social Security's ("Commissioner") motion for summary judgment (dkt. 15), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 17, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The Commissioner moved for summary judgment on February 25, 2019, and on August 21, 2019, Judge Ballou filed a Report recommending that the Commissioner's motion be granted.  (Dkt. 17).  After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of August 21, 2019, is hereby **ADOPTED** in its entirety; and

2. The Commissioner's Motion for Summary Judgment, (dkt. 15), is hereby **GRANTED**.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this 9th day of September, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE